

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-20-00009-CV

**IN RE C.J.Y. II,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02426
Honorable Charles E. Montemayor, Judge Presiding

**O R D E R**

Appellee's motion for an extension of time to file its brief is GRANTED. Appellee's brief is due on or before **March 26, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court